**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ahmed Malachi ABDEL–AZIZ, Defendant–Appellant.**

No. 06–7502.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 21, 2006.

Decided: Jan. 4, 2007.

Ahmed Malachi Abdel–Aziz, Appellant Pro Se. Dennis M. Duffy, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ahmed Malachi Abdel–Aziz appeals the district court's order denying his motion for "Relief Pursuant to Federal Rules of Civil Procedure Rule 60(b)(4)." We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

sons stated by the district court. *United States v. Abdel–Aziz,* No. 7:00–cr–00075–F (E.D.N.C. Aug. 24 & 25, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*